UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Rafael Calisto Morales,

    Petitioner,

    v.

Federal Bureau of Prisons,

    Respondent.

Civil Action No. 07-2341 (JDB)

**MEMORANDUM AND TRANSFER ORDER**

Plaintiff, a federal prisoner at the Federal Correctional Institution in Talladega, Alabama, petitions for a writ of *habeas corpus* under 28 U.S.C. § 2241. He claims that he was subjected to unconstitutional prison disciplinary proceedings. The proper respondent in *habeas corpus* cases is the petitioner's warden or immediate custodian. *Rumsfeld v. Padilla,* 124 S.Ct. 2711 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Commission*, 374 F.3d 1235, 1239 (D.C. Cir. 2004); *accord Rooney v. Sec'y of Army*, 405 F.3d 1029, 1032 (D.C. Cir. 2005) (habeas "jurisdiction is proper only in the district in which the immediate . . . custodian is located") (internal citations and quotation marks omitted). Petitioner's custodian is not within this

Court's territorial jurisdiction.  In the interests of justice and judicial economy, the Court will transfer the case.  Accordingly, it is this 10th day of January 2008,

**ORDERED** that pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the  Northern District of Alabama.

                                                     s/
                                          JOHN D. BATES
                                    United States District Judge